*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-751**

IN RE DANA A. PAUL

A Member of the Bar of the
District of Columbia Court of Appeals                    **2018 DDN 209**

**Bar Registration No. 490142**

BEFORE: Fisher, Associate Judge, and Steadman and Farrell, Senior Judges.

### O R D E R
(FILED – October 4, 2018)

On consideration of the certified order of the Court of Appeals of Maryland suspending respondent from the practice of law in that jurisdiction for thirty days; this court's July 19, 2018, order directing respondent to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file a response to the court's show cause order but did file his D.C. Bar R. XI, §14 (g) affidavit on August 2, 2018, it is

ORDERED that Dana A. Paul is hereby suspended from the practice of law in this jurisdiction for a period of thirty days *nunc pro tunc* to August 2, 2018. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**